FILED
2025 Oct-01 PM 02:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA
### Southern Division

FILED
2025 OCT -1 P 12: 11
U.S. DISTRICT COURT
N.D. OF ALABAMA

AARON DEMARCUS WHITE

*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

GOOGLE WALMART STING

Case No.: _____
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes ☑ No

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

   **A.  The Plaintiff**

   | | |
   |---|---|
   | Name | AARON DEMARCUS WHITE |
   | Street Address | 2611 SLAYTON AVE SW |
   | City and County | BIRMINGHAM, JEFFERSON COUNTY |
   | State and Zip Code | ALABAMA 35211 |
   | Telephone Number | 1-205-573-3019 |

   **B.  The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Defendant No. 1
- Name: GOOGLE
- Job or Title: CORPORATE HEADQUARTERS GOOGLE
- Street Address: 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW CA
- City and County: MOUNTAIN VIEW CALIFORNIA SANTA CLARA COUNT
- State and Zip Code: CALIFORNIA 94043

Defendant No. 2
- Name: GORDON MATTHEW THOMAS SUMNER
- Job or Title: SINGER
- Street Address: 2220 COLORADO AVENUE
- City and County: SANTA MONIA LOS ANGELES COUNTY
- State and Zip Code: CALIFORNIA

Defendant No. 3
- Name: WALMART
- Job or Title: CORPORATE HEADQUERTERS WALMART
- Street Address: 702 SW8TH ST
- City and County: BENTOVILLE BENTON COUNTY AR
- State and Zip Code: ARKANSAS 72716

Defendant No. 4
- Name:
- Job or Title:
- Street Address:
- City and County:
- State and Zip Code:

Defendant No. 5
    Name _____
    Job or Title _____
    Street Address _____
    City and County _____
    State and Zip Code _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question  ☒ USA Defendant  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)  GOOGLE WALMART

Name of Agency  GOOGLE THE GOOGLEPLEX  WALMART HOME OFFICE  UNIVERSAL MUSIC GROUP  UMG

Address  1600 AMPHITHEATRE PARKWAY IN MOUNTAIN VIEW CALIFORNIA 2220 COLORADO AVENUE SANTA MONICA CA 702SW 8TH STREET BENTONVILLE AR

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

Pro Se General Complaint for a Civil Case (Rev.10/16)

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, (name) AARON DEMAECUS WHITE, is a citizen of the State of (name) ALABAMA.

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) sting, is a citizen of the State of (name) NEW YORK. Or is a citizen of (foreign nation) wallsend uk.

   b. If the defendant is a corporation

   The defendant, (name) GOOGLE; is incorporated under the laws of the State of (name) CALIFORNIA, and has its principal place of business in the State of (name) CALIFORNIA.

   Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   7,100,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ALL THE DEFENDANTS IS SLANDERING AND LIBEL MY ENGLISHMAN NAME AND RUINING MY ENGLISHMAN REPUTATION IN THIS WORLD AND IM THE ONLY REAL TURE ENGLISHMAN IN THIS WORLD BECAUSE I AM THE ONLY PERSON THAT NOSE ENGLISH THE RIGHT AND REAL WAY IN THIS WORLD AND I FEEL LIKE ALL THE MONEY THE DEFENDANTS GOT BECAUSE OF MY ENGLISHMAN NAME I SUPPOSE TO HAVE THE DEFENDANTS AND ENGLAND STOLE MY LIFE MY FUTURE FROM ME I DISCOVERED IN 2020 IN MY HOME IN WESTEND THE HOME I LIVE IN NOW IS WHERE I DISCOVER ENGLAND AND EVERYBODY IN THE UK AND USA THAT CLAIM ENGLISHMAN IS NOT ONE I AM

WALMART IS LIBEL MY ENGLISHMAN NAME AND GETTING MONEY FROM IT

GOOGLE IS LIBEL MY ENGLISHMAN NAME AND GETTING MONEY FROM IT

STING IS SLANDERING AND LIBEL MY ENGL;ISHMAN NAME AND GETTING MONEY FROM IT

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

AND IM THE REAL TURE ENGLISHMAN AND I NEVER GOT MONEY FROM MY ENGLISHMAN NAME THE DEFENDANTS IS RUINING MY ENGLISHMAN REPUTATION

DAMAGES ARE MY FUTURE MY LIFE MY ENGLISHMAN FINANCIAL LOSSES AND MY ENGLISHMAN KING TITLE AND THE CREATOR OF ENGLISH TITLE AND MY ENGLISHMAN TITLE AND THIS IS WHY IM SUING THE DEFENDANTS FOR 7,100,000,000, AND THE REAL ENGLISH KINGDOMS TITLE AND THEY IS RUINING MY ENGLISHMAN NAME AND REAPUTATION

NON ECONOMIC DAMAGES

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name  AARON            Last Name  WHITE
Mailing Address  2611 SLAYTON AVE SW
City and State  BIRMINGHAM AL            Zip Code  35211
Telephone Number  1-205-573-3019
E-mail Address  BGTENTERTAINMENTBGT@OUTLOOK.COM

Signature of plaintiff  AARON DEMARCUS WHITE

Date signed  10 -1 -2025

**OPTIONAL**

You may request to receive electronic notifications. You may not file documents or communicate with the court electronically. All documents must be submitted in paper and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☑ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

BGTENTERTAINMENTBGT@OUTLOOK.COM

Participant signature: AARON DEMARCUS WHITE   *Aaron White*

Date: 10-1-2025