FILED
2025 Dec-02  PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

2025 DEC -2  P 12: 11

U.S. DISTRICT COURT
N.D. OF ALABAMA

*aaron demarcus white*
*birmingham al 35211*
*2611 slayton ave sw*
*2055733019*

**PAGE 1**

**CASE 2:25-cv-01679-ACA**                                              **12/1/2025**

### IN THE UNITED STATES COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  | | CIVIL ACTION NO. |
|---|---|---|
|  | ) | 2:25 -cv-1679-ACA |
| AARON WHITE | ) | |
| plaintiff | ) | |
|  | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
|  | ) | |
| GOOGLE WALMART | ) | |
| and STING | ) | |
| Defendants | ) | |

### PLAINTIFF AARON WHITE MOTION TO NOT DISMISS

IN THIS CURRENT CASE I FILE THREE CIVIL COVER SHEETS CLAIMING THE DEFENDANTS WRONG DOING AND THATS SLANDER AND LIBEL

THE COURT *UNITED STATES FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION HAS PERSONAL JURISDICTION OVER GOOGLE AND WALMART AND STING BECAUSE OF MINIMUM CONTACT GOOGLE IS EVERYWHERE IN THE USA STATES AND WALMART IS EVERYWHERE IN THE USA STATES STING PERFROM THE ENGLISHMAN IN NEW YORK SONG IN OAK MOUNTAIN ALABAMA AND*

*MY CASE HAS DIVERSITY JURISDICTION*

1

_ALL PARTYS ARE FROM DIFFERENT STATES AND THE AMOUNT IM  SUING FOR IS
7,100,000,000_

_THE ENGLISHMAN IN NEW YORK SONG IS NOT TARGETED ALABAMA THE ENGLISHMAN IN
NEW YORK SONG IS TELLING LIES ABOUT WHO AND WHAT A ENGLISHMAN  IS  AND STING IS
NOT A ENGLISHMAN AND EVERY PERSON THAT USES THE ENGLISHMAN NAME IN A WHO
WHAT WHEN  WHERE AND WHY_
_SENTENCE  IS LYING_
 _BUT NOT ME_
_I AM THE REAL TURE ENGLISHMAN BECAUSE I AM THE ONLY PERSON THAT NOSE ENGLISH IN
THIS_

_WORLD_

_AND MY CASE HAS SUBJECT MATTER JURISDICTION_

_AND MY CASE HAS DIVERSITY OF CITIZENSHIP_        _IN THE UNITED STATES COURT_
                        _FOR THE NORTHERN DISTRICT OF ALABAMA_
                        _SOUTHERN DIVISION_
_THIS COURT HAS COMPLETE DIVERSITY_

_AND MY CASE HAS LONG ARM JURISDICTION STING  IS FROM THE UK AND STING MINIMUM
CONTACT HE PERFORM THE ENGLISHMAN IN NEW YORK SONG IN OAK MOUNTAIN ALABAMA
IN THE YEAR 2000_

2



EXAMPLE (2.)

AUG 29 2000

# Sting Setlist

at Oak Mountain Amphitheatre, Pelham, AL, USA

Tour: Brand New Day

1. A Thousand Years

2. If You Love Somebody Set Them Free

3. After the Rain Has Fallen

4. We'll Be Together

5. Perfect Love... Gone Wrong

6. All This Time

7. Seven Days

8. Fill Her Up

9. Fields of Gold

10. Every Little Thing She Does Is Magic
    (The Police song)

11. Moon Over Bourbon Street

12. Englishman in New York

13. Brand New Day

14. Roxanne
    (The Police song)

15. Desert Rose

16. Bring On the Night / When the World Is Running Down, You Make the Best of What's Still Around
    (The Police song)

Encore:

17. If I Ever Lose My Faith in You

18. Every Breath You Take
    (The Police song)

THIS IS A LIST OF SONGS STING PERFORM IN ALABAMA AT THE OAK MOUNTAIN AMPHITHEATRE PELHAM AL USA TOUR BRAND NEW DAY

sting aug 29 2000 in oak mountain ALL ENGLISHMAN IN NEW YORK - Google Search

EXAMPLE1

 sting aug 29 2000 in oak mountain ALL E    ✕    🎤        🔍            ⠿    

AI Mode    **All**    Images    Videos    Shopping    News    Short videos    More ▾    Tools ▾

 AI Overview                                                              ⋮

Yes, Sting performed "Englishman in New York" on August 29, 2000, at the Oak Mountain Amphitheatre in Pelham, Alabama, as part of his Brand New Day tour. The setlist for that concert included the song, which was released in 1987 on the album *Nothing Like the Sun.* 🖉



You can watch this video to see the lyrics of the song:

THIS IS MINIMUM CONTACTS STING PERFORM IN OAK MOUNTAIN AMPHITHEATRE IN PELHAM, ALABAMA



Show more ⌄

 Setlist.fm
https://www.setlist.fm › Artists › S › Sting

## Sting Setlist at Oak Mountain Amphitheatre, Pelham

Aug 29, 2000 — Get the **Sting** Setlist of the concert at **Oak Mountain** Amphitheatre, Pelham, AL, USA on **August 29, 2000** from the Brand **New** Day Tour and other

 sting.com
https://www.sting.com › tour › date



## Brand New Day - Sting

Brand **New** Day. **Aug. 29. 2000**. Birmingham, AL, US. **Oak Mountain** Amphitheatrewith Jonny Lang. 1. **Sting**, never better, gives complex mesh.

 Guestpectacular
https://guestpectacular.com › sting › events › 2000-08-29

## Sting setlist at Oak Mountain Amphitheatre in Pelham, United ...

≡  🛍️ Google Shopping          ENGLISHMAN                               ✕ | 🎤 📷 🔍          ⋮⋮⋮   Sign in

‹ G      Search    Nearby    Deals    For you

**Refine results**          Men's      Books      Paintings      Women's      Shoes      Coats & Jackets      Pant⟨ › ⟩          Sort by: Relevance ▾

🚚  Get it today
     New
🏷️  Used
🏪  Small busi...

*(handwritten: google Selling Fake Englishman Books on Here website)*

83% OFF

**Department** ^
☐ Men's
☐ Women's
☐ Kids'
☐ Boys'
☐ Unisex

The Englishman
$15.99
⊙ Target & more
Free 90-day returns

The Unfortunate
Englishman
$2.99 Was $18
🔷 Barnes & N... & more
5.0          (3)

The Englishman:
Memoirs of a...
$22.02
🅱 Blackwell's & more
21-day returns

Englishman in New York
Tee
$35.00
Ⓜ michaels.com
Free 60-day returns

Is God Still an
Englishman?: How We...
$10.00 Pre-owned
♋ World of Bo... & more

**Category** ^          50% OFF                                                                                                                           65% OFF
Books
Paintings
Shoes
Coats & Jackets
See more

**Product**          The Essential          The Greatest Living          Englishman's Greek          The Blood of an          English Laundry Joseph
**Rating** ^         Englishman: A...       Englishman [Book]          Concordance of the...    Englishman: An Agath...   Abboud Gentleman...
         4 a...       $6.93 $14              $12.25 ·                   $32.95                    $12.99                    $28.00 $80
                     ▶ Audiobooks... & more ⊟ Bookshop.o... & more     🏛 Grace and T... & more   🔷 Barnes & N... & more   ★ Macy's & more
**Genre** ^          365-day returns        30-day returns             30-day returns            4.3          (3)           30-day returns
☐ Kids' Books                                                         5.0          (4)                                     4.0          (1)
☐ Art
☐ Religion
☐ Business
See more

*(handwritten: Minimum Contract google)*

**Type** ^
☐ Non-fiction
☐ Fiction

The Last Englishman:          Johnston & Murphy          The Last Englishman:          The English Man          Barleycorn British
**Price** ^             The Life of J.L. Carr          Men's Upton Modern Fi...    The Double Life of...          $16.78                   Tweed Balmacaan
Under $35               $21.33                         $329.50                     $9.70 Pre-owned                🔷 Barnes & N... & more   $695.00
                        🅱 Blackwell's & more           ⟨ᴍ⟩ Johnston & ... & more   ♋ World of Bo... & more        30-day returns           📘 J. Press & more
$35 - $100              21-day returns                 Free 90-day returns         5.0          (3)                                         30-day returns
$100 - $250            5.0          (2)               4.0          (52)
Over $250
[$ M.][$ M.] Go                                        39% OFF

**Style** ^
☐ Sweatshirt
☐ Dress Shirt
☐ Polo Shirt

Walmart Website



zip code 35205    ✕   |   🎤   📷   🔍        ⚗   ⋮⋮⋮   👤

AI Mode   **All**   Shopping   Maps   Images   Videos   Short videos   More ▾   Tools ▾

✦ AI Overview                                                    ⋮

Zip code 35205 is located in **Birmingham, Alabama**, primarily within Jefferson County. It
covers a portion of the city of Birmingham.  🖉

- **Location:** Birmingham, AL

*(handwritten)* the Zip Code is from Birmingham AL
and Walmart is Selling

Show more ⌄   *(handwritten)* Fobe Englishman

*(handwritten)* Books at that a Zip Code

UnitedStatesZipCodes
https://www.unitedstateszipcodes.org › 35205

## ZIP Code 35205 - Birmingham   ⋮

ZIP code 35205 **is located in northern Alabama** and covers a slightly less than average land area
compared to other ZIP codes in the United States.

## People also ask  ⋮

Where is area code 35205 located?                               ⌄

What zip code is Homewood, Alabama?                             ⌄

What zip code is Birmingham, AL?                                ⌄

What is the wealthiest zip code in Alabama?                     ⌄

Feedback

⋮

 walmart headquarters address zip code    ✕  🎤  📷  🔍        

AI Mode    All    Images    Shopping    Maps    Videos    News    More ▾    Tools ▾

Results for **Birmingham, AL 35211**    ( ⊙ Use precise location )    ⋮

 AI Overview                                                              ⋮

Walmart's corporate headquarters is located at **702 SW 8th Street, Bentonville, AR 72716**. The address includes the street, city, state, and a specific zip code for the corporate offices.

- **Street:** 702 SW 8th Street
- **City:** Bentonville
- **State:** Arkansas

*The address I and the Court sent the Summons and Complaint to Walmart at*

( Show more ⌄ )

# Locations

A  Walmart ...
Bentonville, ...
Onsite service
 Website    Directions

B  Walmart ...
Bentonville, ...
Onsite service
 Website    Directions



## People also ask  ⋮

11/30/25, 1:16 AM                  SAYING SOMEONE IS A UNDOCUMENTED IMMIGRANT CAN THAT BEV DEFAMATION - Google Search

- SAYING SOMEONE IS A UNDOCUMENTEI   ✕    🎤    📷    🔍                                            A

AI Mode    All    News    Videos    Images    Shopping    Short videos    More ▾    Tools ▾

✦ AI Overview                                                                                     ⋮

Yes, falsely claiming someone is an undocumented immigrant can be defamation, as it is a
statement of fact that is false and harms the person's reputation. Whether it is considered
a successful defamation case depends on several factors, including whether the
statement is demonstrably false and causes damage to the individual's reputation. It is
important to note that using this term itself is a politically charged issue, and there is
debate over whether it or other terms like "illegal immigrant" are more appropriate,
depending on the context and desired emphasis.

Show more ⌄

Santa Clara University
https://www.scu.edu › ethics › immigration-ethics-blog
Words Matter: Illegal Immigrant, Undocumented ...
Feb 11, 2021 — Instead of "illegal immigrant," the AP suggests "living in or entering a country illegally" or
"without legal permission." But "illegal ...
Missing: BEV DEFAMATION

## People also ask    ⋮

Can you get in trouble for knowing someone is an illegal immigrant?                               ⌄

Why is it bad to say "illegal immigrant"?                                                          ⌄

Do undocumented immigrants have the same rights as US citizens?                                    ⌄



➡ walmart in birmingham alabama                     ✕  |  🎤  📷  🔍        ⚙        :::     Sign in

AI Mode    All ·  Shopping    Maps    Images    Short videos    News    More ▾    Tools ▾

( Open now )  ( SNAP/EBT )

*Minimum Contact Walmart*

Results for **Birmingham, AL** · Choose area    ⋮

# Locations

**A  Walmart ...**
Homewood, ...
Opens soon ...
Pickup: 8 AM–

🌐 Website    ◈ Directions

---

**B  Walmart ...**
312 Palisad...
Opens soon ...
Bakery: Close(

🌐 Website    ◈ Directions

---

**C  Walmart ...**
1600 Montcl...
Opens soon ...
Pickup: 8 AM–

🌐 Website    ◈ Directions

More locations  >



 **Walmart**
https://www.walmart.com › ... › Alabama

## Walmart Supercenter in Birmingham, AL

Walmart Supercenter #762 **9248 Parkway E, Birmingham, AL 35206** Open until 11pm
205-833-7676 Get Directions Find another store Make this my store

( Pharmacy )  ( Fashion )  ( Home Delivery, Curbside Pickup )  ( Walmart Tech Services )