# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AARON DEMARCUS WHITE, § § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No.<br>2:25-cv-01679-ACA |
| GOOGLE, ET AL., § § § | |
| Defendants. § § § § | |

## DEFENDANT GORDON SUMNER'S REPLY IN SUPPORT OF MOTION TO DISMISS

Plaintiff's two submissions (Docs. 23–24) do not come close to providing a basis to avoid dismissal based on Rule 12(b)(1), 12(b)(5), or 12(b)(6).  Defendant Sumner set out in his motion to dismiss—as did co-defendants Google and Walmart in their dismissal motions—controlling case law which compels dismissal.  Rather than respond to that case law, Plaintiff again engages in unintelligible discourse that provides no basis for his action to proceed.

Respectfully submitted, this 8th day of December, 2025.

/s/ Matthew H. Lembke
Matthew H. Lembke
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
mlembke@bradley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by United States Postal Service and emailed the document to the following non-CM/ECF participant(s):

Aaron White
2611 Slayton Ave SW
Birmingham, AL 35211
BGTEntertainmentBGT@outlook.com

                                                */s/ Matthew H. Lembke*
                                                    OF COUNSEL